```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION


DUNCAN J. McNEIL, III                                PLAINTIFF


     v.              Case No. 05-2119


UNITED STATES OF AMERICA, and
Its Officers and Agencies;  CLERK,
UNITED STATES DISTRICT COURT,
Western District of Arkansas;
CLERK, UNITED STATES BANKRUPTCY
COURT, Western District of Arkansas;
UNITED STATES ATTORNEY, Western
District of Arkansas; OFFICE OF THE
UNITED STATES TRUSTEE, Western
District of Arkansas; UNITED STATES
MARSHAL SERVICE, Western District of
Arkansas; INTERNAL REVENUE SERVICE,
Western District of Arkansas; SECRET
SERVICE, Western District of Arkansas
and their officers; and ALL JUDGMENT
DEBTORS UNDER THE FOREIGN JUDGMENTS
residing in, or doing business in, this
district, fictitiously named as Doe 1
to Doe 500                                           DEFENDANTS
```

## O R D E R

Now on this 6th day of October, 2005, come on for consideration the following:

* the **Report And Recommendation Of The Magistrate Judge** ("R&R")(document #6);

* plaintiff's **Ex Parte Motion To Amend Complaint** (document #7);

* plaintiff's **Ex Parte Motion** (document #8); and

\* plaintiff's **Ex Parte Motion** (document #9),
and the Court, having carefully reviewed all said documents, finds and orders as follows:

1. As outlined in the R&R, in this case plaintiff asserts an unwieldy mixture of multiple claims against virtually the full spectrum of the judicial and law enforcement machinery of the federal government in the Western District of Arkansas. The claims asserted have no perceptible relationship to the named defendants, and only the most tenuous of connections to the John Doe defendants.

2. The Magistrate Judge reported that plaintiff has more than three strikes against him, as defined by **28 U.S.C. §1915(g)**, and recommended that his *in forma pauperis* status be revoked. The subsequent filings by plaintiff, to the extent that they can be read as objections to the R&R, offer nothing which would cause the Court to find fault with this recommendation, and it will be adopted.

3. The Magistrate Judge also reported that the claims as asserted in the Complaint and Amended Complaint are frivolous, and recommended that they be dismissed, taking some pains to offer a variety of reasons to support this recommendation. Plaintiff has offered nothing which fairly meets the substance of any of these reasons. The Court therefore finds that the recommendation that plaintiff's claims be dismissed should be adopted.

4.  Finally, the Magistrate Judge recommended that the Clerk be directed to collect the filing fee in this matter as provided in the Prison Litigation Reform Act. The Court also finds that recommendation sound.

5.  The Court finds no basis to allow plaintiff to further amend his Complaint and Amended Complaint, inasmuch as the documents submitted in support of his various requests to do so appear no less frivolous than the Complaint and Amended Complaint already under consideration. They amount to the same murky mixture of scattershot allegations, against the same Arkansas defendants, without any attempt to show how these defendants might be involved in the alleged wrongdoing. The proposed amendments would, therefore, be futile, as they would be subject to dismissal for the same reasons set forth in the R&R.

6.  The Court also rejects plaintiff's suggestion that if he only had an extension of time and access to a law library in order to respond to the R&R, he could somehow prevail. Given the extensive litigation history plaintiff has amassed, the Court has no doubt that if he in fact had a valid claim against a defendant over whom this Court could exercise jurisdiction, he could so state in a timely manner, even without access to a law library.

7.  For the foregoing reasons, the Court finds that the R&R is sound in all respects, and should be adopted *in toto*.

It further finds that plaintiff's pending motions should be denied.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's **Ex Parte Motion To Amend Complaint** (document #7); plaintiff's **Ex Parte Motion** (document #8); and plaintiff's **Ex Parte Motion** (document #9) are **denied**.

**IT IS FURTHER ORDERED** that plaintiff's *in forma pauperis* status is revoked, and the Clerk of Court is directed to collect the filing fee for this action from plaintiff.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                        **/s/Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**